UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD P. RICHTER and MARY T. RICHTER | CIVIL ACTION |
| VERSUS | NO: 06-5088 |
| A FISH MASTER OUTBOARD MOTOR BOAT, BEARING LOUISIANA REGISTRATION LA 9668FJ, her engine, appurtenances, etc., in rem; and MATTHEW "MATT" MITCHELL, in personam | SECTION: J(1) |

**ORDER AND REASONS**

Before the Court is a **Motion to Set Aside a Default Judgment (Rec. Doc. 8)** filed by Defendant Matthew B. Mitchell and **Plaintiffs' Motion for Entry Of Judgment by Default (Rec. Doc. 9)**. Both motions are set for hearing on December 6, 2006. Plaintiffs requested oral argument on their motion for entry of default judgment; however, this Court hereby **ORDERS** that such is not necessary and **CANCELS** oral argument. Therefore both motions are before the Court on the briefs alone.

**Discussion**

Rule 55(c) of the Federal Rules of Civil Procedure permits a district court to set aside an entry of default "for good cause shown." Fed.R. Civ. P. 55(c). The court has discretion to determine whether the party seeking relief has demonstrated good

1

cause. Wright, Miller & Kane, <u>Federal Practice and Procedure</u>: Civil 2d § 2694.

Upon review of the record in this case, it is clear that the clerk's order granting entry of default was filed the same day as the answer.  Defense counsel also explains that there was a mis-communication between him and his client over the effective date of service. As soon as defense counsel learned that service had been made, the answer was filed.  Defense counsel also states that neither he nor his client knew that an entry of default was being sought by Plaintiffs. Based on these allegations, the Court finds that good cause exists to set aside the entry of default. Accordingly,

**IT IS ORDERED** that the **Motion to Set Aside a Default Judgment (Rec. Doc. 8)** filed by Defendant Matthew B. Mitchell should be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that **Plaintiffs' Motion for Entry Of Judgment by Default (Rec. Doc. 9)** should be and hereby is **DENIED**.

New Orleans, Louisiana this 22nd day of November, 2006.

*[signature]*

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE